UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **JIMMY SEE** | **CIVIL ACTION NO. 11-694-P** |
| **VERSUS** | **JUDGE WALTER** |
| **BOSSIER PARISH SHERIFF DEPARTMENT, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's claims for a transfer to another facility are **DISMISSED WITH PREJUDICE** as frivolous pursuant to Section 1915(e) and that Plaintiff's claims for injunctive relief and a temporary restraining order are **DISMISSED WITHOUT PREJUDICE** as moot.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 11 day of March 2012.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE